COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:  Jeffery Dwayne Benoit v. Brenda Faye Benoit

Appellate case number:  01-15-00023-CV

Trial court case number:  E-140,080-D

Trial court:  County Court at Law No. 2 of Orange County

On March 26, 2015, counsel for appellant, Jeffery Dwayne Benoit, filed appellant's brief and appendices. However, after a preliminary review, the Court sua sponte directs the Clerk of this Court to **STRIKE** appellant's brief and appendices for failure to comply with Texas Rule of Appellate Procedure 9.4 because the brief appears to have been illegibly scanned in rather than directly converted to portable document format ("PDF"), which is required if possible, and both the brief and appendices are not in a text-searchable PDF, as required. *See* TEX. R. APP. P. 9.4(j)(1)-(2), (k). Accordingly, appellant's counsel is **ORDERED** to file an amended appellant's brief and appendices, without changing any of the substantive content of the brief or appendices, that comply with the Rule 9.4(j) **within 5 days of the date of this order**. *See* TEX. R. APP. P. 38.9(a).

Although the content of the amended brief and appendices should not be changed, the current deadline for appellee's brief, April 27, 2015, would be the same as the appellant's amended brief and appendices deadline. *See* TEX. R. APP. P. 38.6(b). Consequently, appellee's brief will be due **within 10 days** after appellant's compliant amended brief and appendices are filed. *See* TEX. R. APP. P. 2, 9.4(j), 38.6(d).

It is so ORDERED.

Judge's signature: /s/ <u>Laura Carter Higley</u>
☒ Acting individually   ☐ Acting for the Court

Date:  April 21, 2015